UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SILVINO ALCANTARA and REYNALDO
ALCANTARA, on behalf of themselves and all other
persons similarly situated,

                    Plaintiffs,

        -against-

ALON B. INC. d/b/a NOLA TILE
and COSTS ALON BENVENISTI,

                    Defendants.
------------------------------------------------------------------------X

For Online Publication Only
**FILED
CLERK**
3:18 pm, Sep 29, 2021
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**
**MEMORANDUM & ORDER**
18-CV-5516 (JMA) (AYS)

**AZRACK, United States District Judge:**

Pending before the Court is Plaintiffs' unopposed motion for attorneys' fees and costs. (ECF No. 54.) Previously, the late Hon. Sandra J. Feuerstein granted Plaintiffs' motion for a default judgment and permitted Plaintiffs' counsel to serve a motion for reasonable attorneys' fees within fourteen days. (ECF No. 52.) Following Judge Feuerstein's untimely passing, this case was reassigned to the undersigned.

Having prevailed on their Fair Labor Standards Act and the New York Labor Law claims, Plaintiffs may recover reasonable attorneys' fees and costs pursuant to both statutes. See 29 U.S.C. § 216(b); N.Y. Labor L. §§ 198(1-a),(1-d), § 663(1). The Court finds that Plaintiffs' request for attorneys' fees in the amount of $12,090.00 and costs in the amount of $805.00 is reasonable.

Plaintiffs seek an award of attorneys' fees based on 41.9 hours of attorney work. They seek fees at the rates of $400.00 per hour for attorney Peter Romero, Esq., $275.00 per hour for senior associate David D. Barnhorn, Esq., and $100 per hour for paralegal Angelica Villalba. The Court has reviewed the relevant billing records and finds that the rates and the hours billed are reasonable and within the range of similarly experienced attorneys who practice wage and hour

cases in the Eastern District of New York.  See, e.g., Aguilar v. Fence Guy, Inc., No. 17-CV-7412, 2019 WL 8160723, at *2 (E.D.N.Y. Dec. 2, 2019), report and recommendation adopted, 2020 WL 1066345 (E.D.N.Y. Mar. 5, 2020); Quintanila v. Good Eats Meal Plan Corp., No. 18-CV-4350, 2019 WL 1936731, at *2 (E.D.N.Y. May 1, 2019).  The Court has also reviewed Plaintiffs' request for $805.00 in litigation expenses and finds that this request is also supported by the record and is reasonable.  Id.

For these reasons, Plaintiffs' motion for attorneys' fees and costs, (ECF No. 54), is **GRANTED**.  The Clerk of Court is respectfully directed to enter judgment in accordance with this Order.  Plaintiffs' counsel shall serve a copy of this Order on Defendants by first-class mail within seven days of entry of this Order.

**SO ORDERED.**

Dated: September 29, 2021
      Central Islip, New York

                                                  /s/ (JMA)
                                           JOAN M. AZRACK
                                           UNITED STATES DISTRICT JUDGE